Brian Brazier, Esq. (SBN: 245004)
Price Law Group, APC
8245 North 85th Way
Scottsdale, AZ 85258
T: (818) 600-5587
F: (818) 600-5464
E: brian@pricelawgroup.com

Lauren Tegan Rodkey, Esq. (SBN: 275830)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Arthur Graham*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAHAM,<br><br>Plaintiff,<br>vs.<br>NEW PENN FINANCIAL, LLC,<br><br>Defendant. | Case No.: 2:18-cv-07483-JFW-JEM<br><br>**STIPULATION FOR DISMISSAL OF NEW PENN FINANCIAL, LLC WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Arthur Graham and Defendant New Penn Financial, LLC ("New Penn"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 6th day of March 2019.

///

///

| | |
|---|---|
| **PRICE LAW GROUP, APC** | **YU | MOHANDESI LLP** |
| By: */s/ Brian Brazier* | By: /s/ *Brett B. Goodman* |
| Brian Brazier, Esq. (SBN: 245004) | Brett B. Goodman (SBN 260899) |
| Price Law Group, APC | 633 West Fifth Street, Suite 2800Los |
| 8245 North 85th Way | Angeles, CA 90071 |
| Scottsdale, AZ 85258 | T: (213) 375-3543 |
| T: (818) 600-5587 | bgoodman@yumollp.com |
| F: (818) 600-5464 | *Attorneys for Defendant* |
| E: brian@pricelawgroup.com | *New Penn Financial, LLC* |
| *Attorneys for Plaintiff* | *d/b/a Shellpoint Mortgage Servicing* |
| *Arthur Graham* | |

### ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, Brian Brazier, hereby certify that the content of this document is acceptable to Brett B. Goodman, counsel for Defendant New Penn Financial, LLC, and I have obtained his authorization to affix their electronic signature to this document.

                                                    PRICE LAW GROUP, APC

                                                    /s/*Brian Brazier*
                                                    Brian Brazier

### CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                                    PRICE LAW GROUP, APC

                                                    */s/ Laura Franklin*
                                                    Laura Franklin