closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAHAM,<br><br>　　　　　Plaintiff,<br>　　vs.<br>NEW PENN FINANCIAL, LLC,<br><br>　　　　　Defendant. | Case No.: 2:18-cv-07483-JFW-JEM<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT NEW PENN FINANCIAL, LLC** |

　　Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant New Penn Financial, LLC, and good cause appearing,

　　**IT IS ORDERED** that the Stipulation is **GRANTED**.

　　The above-entitled matter is hereby dismissed with prejudice, as to New Penn Financial, LLC, with the parties to bear their own attorneys' fees, costs, and expenses.

　　**IT IS SO ORDERED.**

Dated: April 10, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE